# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ERIC FARRIOR,** | * | **CASE NO. 19-10105** |
| **SYLVIA B. FARROW,** | * | |
| | * | |
| **Debtors.** | * | **CHAPTER 13** |

**PURSUANT TO LOCAL RULE 3007-1, THIS OBJECTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## DEBTORS' OBJECTION TO CLAIM #15-1 OF COLLINS ASSET GROUP, LLC

COME NOW the Debtors, by and through the undersigned, and object to the unsecured claim filed by Collins Asset Group, LLC, in the amount of $7,543.90 and as grounds thereof show to the Court as follows:

1. Collins Asset Group, LLC has failed to attach any documentation in support of the deficiency balance claimed of $7,543.90 after the sale of the collateral securing its claim.

2. Without any such documentation, the Debtors are unable to determine how Collins Asset Group, LLC, calculated the deficiency claim.

3. As a result, the Debtors assert that Claim #15-1 of Collins Asset Group, LLC, should be disallowed.

WHEREFORE, the Debtors respectfully request this Honorable Court to sustain this objection and disallow Claim #15-1 of Collins Asset Group, LLC in full and any other relief that is just.

RESPECTFULLY SUBMITTED this 25th day of March, 2019.

BROCK & STOUT

/s/ Andrew D. Poston
Andrew D. Poston {POS015}
Attorney for Debtors
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 FAX
bankruptcy@brockandstoutlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing objection upon the following, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 25th day of March, 2019.

| | |
|---|---|
| Teresa R. Jacobs<br>Bankruptcy Administrator<br>ba@almb.uscourts.gov | Sabrina L. McKinney<br>Chapter 13 Trustee<br>mckinneys@ch13mdal.org |
| Bass & Associates, P.C.<br>3936 E. Ft. Lowell, Ste. 200<br>Tucson, AZ 85712<br>info@bass-associates.com | |

//s/ Andrew D. Poston
Andrew D. Poston {POS015}
Attorney for Debtors