# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

|  |  |
|---|---|
| IN RE:<br><br>ERIC FARRIOR<br><br><br>SYLVIA B FARROW<br><br><br>         Debtor(s) | Case No. 19-10105-WRS<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on January 21, 2019.

2. The debtor(s) §341 Meeting of Creditors was held March 19, 2019.

3. The debtor(s) overall pay record is 113%.

(X) The plan fails to make provisions for the following secured/priority listed Creditor(s): Portfolio Recovery Associates, LLC, Court Claim #8.

(X) The plan is not feasible and payments need to be raised to $294.00 weekly to be feasible. This figure does not include claims for which there are no provisions.

(X) The debtor(s) has/have filed an objection to claim in the aboved styled case. Feasibility of the debtor(s)' plan cannot be determined until the objection to claim has been resolved.

(X) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

        Creditor: INTERNAL REVENUE SERVICE
        Court Claim Number 9
        Claim Amount: $21,760.38
        Claim Filed As: PRIORITY/SPLIT

(X) The following creditor was not listed in the debtor(s)' schedules but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

        Creditor: STATE OF ALABAMA
        Court Claim Number: 5
        Claim Amount: $1,896.35
        Claim Filed As: SECURED

(X) The following creditor was not listed in the debtor(s)' schedules but filed their claim as unsecured. The debtor(s)' plan fails to make provisions for this claim:

Creditor: W S BADCOCK CORP
Court Claim Number: 3
Claim Amount: $1,165.05
Claim Filed As: SECURED

**(X)** Based on correspondence and the Proof of Claim filed by the Internal Revenue Service, debtors have not filed either Income, FUTA and/or FICA returns from 2013 through 2018.

**(X)** Debtors were to amend Schedule A/B to correct the value of the 1998 Ford F150. Debtors were also to add a retirement account to schedule A/B.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this April 15, 2019.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Tina J. Hayes*
Tina J. Hayes
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.org

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this April 15, 2019.

/s/*Tina J. Hayes*
Tina J. Hayes
Staff Attorney

Copy to: ERIC FARRIOR
SYLVIA B FARROW
6501 CO RD 6647
BANKS, AL 36005

MICHAEL BROCK (via electronic filing)